# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

*Jerome McElroy*
Appellant(s),

vs.

*Agency*
Appellee(s).

9th Cir. Case No. *22-35072*

District Court or
BAP Case No. *3:21-CV-05891*

## APPELLANT'S INFORMAL OPENING BRIEF

*(attach additional sheets as necessary, up to a total of 50 pages including this form)*

**JURISDICTION.** This information helps the court determine if it can review your case.

1.  Timeliness of Appeal:

    a.  What is the date of the judgment or order that you want this court to review? *January 11, 2022*

    b.  Did you file any motion, other than for fees and costs, after the judgment was entered? Answer yes or no: *NO*

        • If you did, on what date did you file the motion? *N/A*

        • For prisoners or detainees, what date did you give the motion to prison authorities for mailing? *N/A*

        • What date did the district court or bankruptcy appellate panel (BAP) decide the motion that you filed after judgment? *N/A*

    c.  What date did you file your notice of appeal? *January 26, 2022*

        • For prisoners or detainees, what date did you give your notice of appeal to prison authorities for mailing? *N/A*

9th Cir. Case No. *22-35072*                                        Page 3

**PROCEEDINGS BEFORE THE DISTRICT COURT OR THE BAP.** In this section, we ask you about what happened before you filed your notice of appeal with this court.

3.  What did you ask the district court or the BAP to do—for example, did you ask the court to award money damages, issue an injunction, or provide some other type of relief?

    ASK for order to remove mind control
    ASK to Appoint Attorney.

4.  What legal claim or claims did you raise in the district court or at the BAP?

    I have been tortured with mind control
    For over 30 years The U.S commission
    On civil Rights Filed A complaint.

5.  **Exhaustion of Administrative Remedies.** For prisoners, did you use up all administrative remedies for each claim before you filed your complaint in the district court? If you did not, please tell us why.

    N/A

9th Cir. Case No. *22-35072*                                      Page 4

**PROCEEDINGS BEFORE THE COURT OF APPEALS.** In this section, we ask you about issues related to this case before the court of appeals and any previous cases you have had in this court.

6.    What issues are you asking the court to review in this case? What do you think the district court or the BAP did wrong?

*Did not Appoint An Attorney*

7.    Did you present all issues listed in Question 6 to the district court or the BAP? Answer yes or no: *yes*

If not, why not?

9th Cir. Case No. *22-35072*                                      Page 6

9. **Other Pending Cases.** Do you have any other cases pending in the court of appeals? If so, give the name and docket number of each case.

*NO*

10. **Previous Cases.** Have you filed any previous cases that the court of appeals has decided? If so, give the name and docket number of each case.

*NO*

_____        *Derome McElroy*
Name                                    Signature
*Derome McElroy*
*245 SE Washington Ave*
*Chehalis, WA 98532*                    *April 25, 2022*
Address                                 Date

9th Cir. Case No. 22-35072

Page 5

8. What law supports these issues on appeal? (You may refer to cases and statutes, but you are not required to do so.)

My Human Rights
My Civil Rights